# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**EDWARD WARNELL RICHARDSON, JR.,**

    *Plaintiff,*

v.                                                                 Case No.: 3:25cv1415-MW/ZCB

**M. BURDETT, et al.,**

    *Defendants.*

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 16. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 16, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This action is **DISMISSED without prejudice** for Plaintiff's failure to pay the initial filing fee despite his ability to do so and failure to comply an Order of this Court." The motion to waive the filing fee, ECF No. 15, is **DENIED**. The Clerk shall close the file.

**SO ORDERED on February 4, 2026.**

                                                        **s/Mark E. Walker**
                                                        **United States District Judge**